Dennis Yan, Esq.
SBN 257854
805 Kearny Street
San Francisco, California 94108
Phone (415) 867-5797
Fax (415) 901-0650
dyanlaw@gmail.com

Attorney for Plaintiff, Robert Garcia

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARCIA, | Case No.: CV-09-2082 TEH |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| SAXON MORTGAGE, and DOES 1-10, | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action in full, with prejudice.

Respectfully submitted,

DENNIS YAN, ESQ.

Dated: _____, 2009

Dennis Yan, Esq.,
Attorneys for Plaintiff,
ROBERT GARCIA

IT IS SO ORDERED
Judge Thelton E. Henderson
07/23/09

NOTICE OF VOLUNTARY DISMISSAL